Certificate Number: 03088-PAE-DE-036104789

Bankruptcy Case Number: 19-11420



03088-PAE-DE-036104789

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 31, 2021, at 11:02 o'clock PM CDT, LisaMarie Citron completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   October 31, 2021          By:    /s/Doug Tonne

                                  Name:  Doug Tonne

                                  Title: Counselor