United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
LisaMarie Citron  
    Debtor

Case No. 19-11420-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Nov 01, 2021      Form ID: 138OBJ      Total Noticed: 22

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | LisaMarie Citron, 15 Nestingrock Lane, Levittown, PA 19054-3809 |
| 14293406 | | FREEDOM MORTGAGE CORPORATION, C/o Thomas Song, Esq., Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza Philadelphia, PA 19103 |
| 14318704 | + | FREEDOM MORTGAGE CORPORATION, Bankruptcy Department,, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 14558390 | + | FREEDOM MORTGAGE CORPORATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14284267 | | Freedom Mortgage, P.O. Box 619063, Dallas, TX 75261-9063 |
| 14293763 | | Freedom Mortgage Corporation, c/o Thomas Song, Esquire, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, Pa 19103 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 02 2021 00:37:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 02 2021 00:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 02 2021 00:37:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14284263 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 02 2021 12:32:47 | Capital One, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14284264 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Nov 02 2021 00:37:48 | Capital One Auto Finance, P.O. Box 260848, Plano, TX 75026-0848 |
| 14286753 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 02 2021 00:37:43 | Capital One Auto Finance, AIS Portfolio Services, LP, 4515 N Santa Fe Ave.Dept. APS, Oklahoma City, Ok 73118-7901 |
| 14286602 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 02 2021 00:37:38 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14300186 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 02 2021 00:37:48 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 14284265 | | Email/PDF: creditonebknotifications@resurgent.com | Nov 02 2021 00:37:38 | Credit One Bank, P. O. Box 60500, City of Industry, CA 91716-0500 |
| 14284266 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 02 2021 00:37:38 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14323165 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 02 2021 00:37:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14284268 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 02 2021 00:37:00 | Milestone Genesis FS Card Services, P.O. Box 84059, Columbus, GA 31908-4059 |

| | | | | |
|---|---|---|---|---|
| 14284269 | + | Email/PDF: cbp@onemainfinancial.com | Nov 02 2021 00:37:48 | One Main, P.O. Box 64, Evansville, IN 47701-0064 |
| 14294001 | + | Email/PDF: cbp@onemainfinancial.com | Nov 02 2021 00:37:43 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 14351851 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 02 2021 00:37:43 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14286648 | | Email/Text: bankruptcytn@wakeassoc.com | Nov 02 2021 00:37:00 | EMERGENCY CARE SERVICE OF PA,PC, WAKEFIELD AND ASSOCIATES, PO BOX 50250, KNOXVILLE,TN 37950-0250 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 03, 2021            Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2021 at the address(es) listed below:

**Name** | **Email Address**

JASON BRETT SCHWARTZ
 on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. jschwartz@mesterschwartz.com

KENNETH E. WEST
 ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
 on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

LEROY W. ETHERIDGE, JR.
 on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

REBECCA ANN SOLARZ
 on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com

ROBERT J. DAVIDOW
 on behalf of Creditor FREEDOM MORTGAGE CORPORATION robert.davidow@phelanhallinan.com

THOMAS SONG
 on behalf of Creditor FREEDOM MORTGAGE CORPORATION tomysong0@gmail.com

TOVA WEISS
 on behalf of Debtor LisaMarie Citron weiss@lawyersbw.com

United States Trustee
 USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: LisaMarie Citron
        Debtor(s)

Case No: 19−11420−elf
Chapter: 13

___

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

      900 Market Street
      Suite 400
      Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 11/1/21

108 − 106
Form 138OBJ